UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VERONIKA WARD, individually and on behalf of all others similarly situated,

        Plaintiff,

-against-

PEPPERIDGE FARM, INC.,

        Defendant.

24-CV-0078 (ALC) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    I have reviewed the parties' proposed Civil Case Management Plan and Scheduling Order in this action, submitted on April 23, 2025. (*See* ECF 31.) The Initial Case Management Conference scheduled for **May 1, 2025 at 10:00 AM** will proceed as scheduled. Counsel for Plaintiff and for Defendant are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 585 998 181 #.**

DATED:    April 24, 2025
                New York, NY

SO ORDERED.

*/s/ Robyn F. Tarnofsky*

ROBYN F. TARNOFSKY
United States Magistrate Judge