## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VERONIKA WARD, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>PEPPERIDGE FARM, INC.,<br><br>　　　　　　　　Defendant. | Case No. 1:24-cv-00078-ALC-RFT<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

　　　Plaintiff Veronika Ward voluntarily dismisses her claims with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: June 4, 2025　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　**BURSOR & FISHER, P.A.**

　　　　　　　　　　　　　　　　　　　　　By:　　*/s/ Julian C. Diamond*
　　　　　　　　　　　　　　　　　　　　　　　　　　Julian C. Diamond

　　　　　　　　　　　　　　　　　　　　　Julian C. Diamond
　　　　　　　　　　　　　　　　　　　　　1330 Avenue of the Americas, 32nd Floor
　　　　　　　　　　　　　　　　　　　　　New York, New York 10019
　　　　　　　　　　　　　　　　　　　　　Telephone: (646) 837-7150
　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 989-9163
　　　　　　　　　　　　　　　　　　　　　E-Mail: jdiamond@bursor.com

　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

1